UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TYRONE REED AND** | * | **CIVIL ACTION NO. _____** |
| **PAULINE BANKS** | * | |
| | * | |
| **VERSUS** | * | **JUDGE _____** |
| | * | |
| **WILLIAM K. ALFORD AND** | * | **MAG. JUDGE _____** |
| **SAFECO INS. CO. OF ILLINOIS** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

Defendants, **WILLIAM K. ALFORD and SAFECO INSURANCE COMPANY OF ILLINOIS**, respectfully represent:

1.

According to the face of their own Petition for Damages, Plaintiffs, Tyrone Reed and Pauline Banks, are citizens of the State of Louisiana and are domiciled in Orleans Parish, State of Louisiana.

2.

Defendant, **SAFECO INSURANCE COMPANY OF ILLINOIS**, is a foreign insurance company incorporated in the State of Illinois, and having its principal place of business in the State of Massachusetts.

3.

Defendant, **WILLIAM K. ALFORD**, is a resident of and is domiciled in Lauderdale County in the State of Mississippi.

4.

On or about April 28, 2020, Plaintiffs, Tyrone Reed and Pauline Banks, filed a petition for damages in Louisiana state court in the action titled *Tyrone Reed and Pauline Banks vs. William K. Alford and Safeco Insurance Company of Illinois*, bearing docket number 2020-03375, Div. G/Sec. 11, in the Civil District Court, Orleans Parish, State of Louisiana. Service of process was made on Defendant, William K. Alford, via Long Arm on or about May 18, 2020. Service was made on Defendant, Safeco Insurance Company of Illinois on or about June 11, 2020 upon the Secretary of State of Louisiana as its agent for service of process.

5.

Plaintiffs' petition alleges that they sustained damages, including but not limited to past, present and future physical and mental pain and suffering; past, present and future medical expenses; and, residual disability. Plaintiffs did not indicate whether or not their damages exceeded $75,000.00.

6.

On or about June 29, 2020, Defendants served Plaintiff with a Request for Admission. Specifically, Defendants asked plaintiff to "[a]dmit that the alleged damages of Tyrone Reed and Pauline Banks resulting from the subject accident do not exceed $75,000.00." (Exhibit A).

7.

On or about August 10, 2020, Plaintiffs responded to Defendants' Request by stating that the damages that "Admitted that the damages that Tyrone Reed contends he is due in this matter, EXCEED $75,000 (seventy five thousand dollars) exclusive of interest and costs." (Exhibit B).

7a.

On or about August 10, 2020, Plaintiffs responded to Defendants' Request by stating "Denied. The damages Pauline Banks contends she is due from the subject in this matter do not exceed $75,000 exclusive of interest and costs." (Exhibit B).

8.

This Court has jurisdiction over this action pursuant to 28 USC § 1332(a), because the amount in controversy of the claim of Tyrone Reed exceeds $75,000 exclusive of interest, according to Plaintiffs' own admission, exceeds the sum of $75,000.00 and the action is between citizens of different states with complete diversity existing.

9.

This Court has removal jurisdiction over this matter pursuant to 28 USC § 1441 (a) and (b), because the claim of Tyrone Reed exceeds $75,000, exclusive of interest and costs.

10.

The time within which Defendants may remove this case has not elapsed. Pursuant to 28 USC § 1446(b)(3), a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of any paper from which it may first be ascertained that the case is one which may be removable.

11.

The first paper that Defendants received from which it could be ascertained that this case is removable was Plaintiffs' Responses to Defendants' Request for Admission in which Plaintiffs admitted that the claim of Tyrone Reed exceeds $75,000.00. That paper was received on or about August 10, 2020.

12.

Thirty days have not yet elapsed since August 10, 2020.

13.

There are no other defendants in this case that are required to provide consent to this removal.

14.

Pursuant to 28 USC § 1446(d), upon filing of this notice of remove, written notice of the filing of the removal is being given to counsel for Plaintiffs and the Clerk of Court for the Civil District Court, Orleans Parish, State of Louisiana.

15.

Defendants, **WILLIAM K. ALFORD and SAFECO INSURANCE COMPANY OF ILLINOIS**, pray for a trial by jury.

16.

Pursuant to 28 USC § 1446(a), copies of all process, pleadings and orders served upon Defendants, **WILLIAM K. ALFORD and SAFECO INSURANCE COMPANY OF ILLINOIS**, in the State Court action are attached and filed as Exhibit C (*in globo*).

**WHEREFORE**, Defendants, **WILLIAM K. ALFORD and SAFECO INSURANCE COMPANY OF ILLINOIS**, respectfully pray that this Notice of Removal be accepted as good and sufficient and that this Court enter such order or orders as may proper in the premises.

**SIGNATURE BLOCK ON NEXT PAGE**

Respectfully submitted,

**MICKEY S. deLAUP, APLC**

   */s/Raymond P. Augustin, Jr.*
**RAYMOND P. AUGUSTIN, JR. #02610 – T.A.**
JAMES K. STICKER III #33392
2701 Metairie Road
Metairie, LA 70001
Telephone:     (504) 828-2277, Ext. 108
Facsimile:       (504) 828-2233
Email:             raugustin@delauplawfirm.com
*Attorneys for Safeco Insurance Company of Illinois and William K. Alford*

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have on the 8th day of September, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel. I further certify that I sent foregoing pleading on all known counsel for all parties to this proceeding, by e-mail transmission; and/or facsimile; and/or hand delivery; and/or by mailing same by United States mail, properly addressed and first-class postage prepaid.

   */s/Raymond P. Augustin, Jr.*
**RAYMOND P. AUGUSTIN, JR.**

UNITED STATES DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TYRONE REED AND**<br>**PAULINE BANKS** | * <br> * <br> * | CIVIL ACTION NO. _____ |
| **VERSUS** | * <br> * | JUDGE _____ |
| **WILLIAM K. ALFORD AND**<br>**SAFECO INS. CO. OF ILLINOIS** | * <br> * | MAG. JUDGE _____ |

******************************************

**VERIFICATION**

**STATE OF LOUISIANA**
**PARISH OF JEFFERSON**

BEFORE ME, personally came and appeared, **RAYMOND P. AUGUSTIN, JR.**, who, being sworn, did depose and state:

That he is the attorney for **WILLIAM K. ALFORD and SAFECO INSURANCE COMPANY OF ILLINOIS** in the above entitled and numbered case, he has prepared the above petition and that he has read the foregoing Notice of Removal and that all the facts contained therein are true and correct to the best of his information and belief.

SWORN AND SUBSCRIBED BEFORE ME
THIS 8th DAY OF SEPTEMBER, 2020.

/s/ Megan E. Matheny
NOTARY PUBLIC
Notary # 89412
State of Louisiana
Megan E. Matheny

Respectfully submitted,

MICKEY S. deLAUP, APLC

_____
RAYMOND P. AUGUSTIN, JR. #02610 – T.A.
JAMES K. STICKER III #33392
2701 Metairie Road
Metairie, LA 70001
Telephone:   (504) 828-2277, Ext. 108
Facsimile:    (504) 828-2233
Email:         raugustin@delauplawfirm.com
*Attorneys for Safeco Insurance Company of Illinois*
*and William K. Alford*